**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF ARIZONA**

|  |  |
|---|---|
| In re: | Chapter: 13 |
|  | Case No. 2:24-bk-01631-MCW |
| KENNETH B. SEAVER, | |
|  | **NOTICE OF HEARING ON MOTION** |
| Debtor | **TO CONTINUE AUTOMATIC STAY** |
|  | **AFTER PRIOR DISMISSAL WITHIN** |
|  | **YEAR OF FILING** |

PLEASE TAKE NOTICE that on **March 26, 2024 at 11:00 AM,** a hearing will be had on Debtor's Motion to Continue Automatic Stay After Prior Dismissal Within Year of Filing.

Parties may appear at the hearing either by (1) videoconference by visiting www.zoomgov.com, Meeting ID: 160 2682 4253, Passcode: 425399 or (2) telephone by calling (833) 568-8864, Meeting ID: 160 2682 4253, Passcode: 425399 a few minutes prior to the hearing time. The Motion is based upon this Notice, the facts alleged in the Motion and Debtors Schedules filed in this case. Copies of these pleadings, if not served upon you, may be obtained by contacting the undersigned counsel or viewed at the United States Bankruptcy Court at 230 N. First Avenue, Phoenix Arizona.

Your rights may be affected. You should read these papers carefully and discuss them with your attorney if you have one in this bankruptcy case. If you do not want the Court to grant the relief consider your view, you or your attorney must attend the Hearing. If you or your attorney do not attend the Hearing, the Court may grant the relief requested in the Motion

Dated: March 8, 2024

Respectfully submitted:

/s/ Tom McAvity
Tom McAvity, 034403

Phoenix Fresh Start Bankruptcy
4602 E Thomas Rd, Ste S-9
Phoenix, AZ 85018

## CERTIFICATE OF SERVICE

Original of the foregoing filed ECF and Copies mailed/emailed on this the 8th day of March, 2024 to:

U.S. Trustee
230 North First Avenue
Suite 204
Phoenix, Arizona 85003
USTPRegion14.PX.ECF@USDOJ.GOV

Edward J Maney
Chapter 13 Trustee
101 1st Avenue #1775
Phoenix, AZ 85003
courtecf@maney13trustee.com

Creditors appearing on
the attached Master Mailing List

/s/ Tom McAvity